# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-107-Orl-28UAM

**IDA ACEVEDO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Luis Davila |
| **COURT REPORTER:** | Sandy Tremel | **PRETRIAL/PROBATION:** | Dianne Santana |
| **DATE/TIME:** | January 18, 2008 10:30-11:15 a.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the Indictment.

Motion for downward departure and or in mitigation of sentence based upon family circumstances (Doc. No. 733)    Granted.

IMPRISONMENT:    17 Months.  Defendant is to wait for designation by the U.S. Marshal to be transported to the Mint Program.

Court Recommends:    The Court recommends placement in the Mothers and Infants Nurturing Together (MINT) program and that Defendant obtain her GED while in the Program.

Supervised Release:    3 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

    Community Service Program:    Perform 50 hours in lieu of paying a fine.

    Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:    Waived.

Special Assessment:    $100.00.

Additional remarks:    Defendant is advised of right to appeal.